<u>**CONTINUATION IN SUPPORT OF APPLICATION FOR ARREST WARRANTS**</u>

I, Colin Maggiolo, Drug Enforcement Administration Special Agent, being duly sworn, depose and state as follows:

## I.    INTRODUCTION

1.    This continuation is submitted for the purpose of obtaining an arrest warrant for Craig WARME ("WARME").

2.    I am a Special Agent with the Drug Enforcement Administration (DEA), currently assigned to the DEA Grand Rapids District Office Tactical Diversion Squad.  I have been employed by the DEA since May of 2021.

3.    During my career in the DEA, I had been temporarily assigned to the New Jersey Field Division in Group 3 the "Heroin Enforcement Group" and permanently to the Detroit Field Division. I have completed Special Agent training at the DEA Academy in Quantico, Virginia. I have been trained in the use of physical, electronic and human intelligence surveillance techniques, counter surveillance techniques, use of firearms, report and affidavit writing, execution of arrest and search warrants, court testimony and financial investigation techniques.  I have participated in numerous surveillance operations, confidential source handling, electronic surveillance, controlled drug buys, and handling of evidence both drug and non-drug. I have participated in over 10 investigations involving the violation of state and federal drug laws. Specifically, I have participated in many cases involving the distribution of controlled substances such as heroin, cocaine, methamphetamine.

4.    Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, the methods of payment for such drugs, the laundering of narcotics proceeds, and the dialect (lingo) and coded language

used by narcotics traffickers. I have also become familiar with cyber investigations of the illegal sale of drugs on the dark web, and have received training in cryptocurrency. In connection with my duties, I investigate criminal violations of the federal and state controlled substance laws including, but not limited to, conspiracy and attempt to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846; possession with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); use of communication facilities to facilitate drug trafficking offenses, in violation of Title 21, United States Code, Section 843(b); and offenses involving money laundering, conspiracy to do the same, and attempts to do the same, in violation of Title 18, United States Code, Sections 1956 and 1957. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## II.    GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS AND DRUG SALE PROCEEDS THROUGH THE UNITED STATES MAILS

5.    Based on my training and experience, I know that individuals shipping controlled substances from darknet markets are known as vendors. Vendors ship controlled substances via the United States Postal Service (USPS) because of the speed, reliability, free telephone and Internet package tracking service, as well as the perceived minimal chance of detection. Mailers often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.  Additionally, in the cases where USPS parcels containing controlled substances and/or proceeds of controlled substances have displayed a business or company name or used a business address, it has usually proven to be a fictitious business or company, or, in certain cases, a legitimate company whose name or address was being used without the knowledge or authorization of that business.

6.      Based on my training and experience, I know that vendors often send their illegal narcotics through the mail nationwide.  Also, based on my training and experience, I know individuals who receive illegal narcotic parcels via the USPS make payments through darknet markets through cryptocurrency.  Those who utilize the darknet markets tell the vendor where to send their illegal narcotic parcel to, before submitting their order. Payments are transferred from the customer of the darknet market to the darknet market in an escrow account. Once the vendor mails out the parcel, the funds are released from the darknet markets escrow account to the vendor in the form of cryptocurrency.

7.      I know, based on my training and experience, that vendors who utilize darknet markets, receive or sell distribution quantities of drugs through the mail often store evidence and instrumentalities of their drug distribution activities in residences or other locations where the drugs are received. For example, I know that darknet vendors commonly maintain books, records, receipts, notes, ledgers, electronic data, and other items relating to the importation, transportation, ordering, purchase, and distribution of illegal drugs and cryptocurrency at their residence or at the location at which their trafficking activities are being conducted.

8.      In connection with the transportation of drugs, I know that darknet vendors frequently maintain evidence of travel and other records required to arrange for the purchase and importation and distribution of such drugs, and keep tickets, notes, receipts, passports and other documents at their residence or the location where they conduct trafficking activities. I know darknet vendors maintain records and other documents related to the possession, shipment, tracking, and delivery of controlled substances at the location where their drug trafficking activities occur. I know indicia of occupancy, residency and ownership of premises, including but not limited to utility and telephone bills, canceled envelopes, rental, purchase or lease

agreements, identification documents and keys are often maintained at such drug trafficking locations.

9.      Further, I know darknet vendors frequently know others involved in the trafficking of illegal substances, and address and/or online monikers, electronic organizers, telephone paging devices and the memory thereof, and papers, records and electronic data reflecting names, addresses, telephone numbers, cell phone numbers of co-conspirators, sources of drug supply and drug customers, and other items are frequently maintained by such traffickers which provide evidence of the identities of others involved in such trafficking.

10.      I also know darknet vendors frequently use aliases to conceal their identities, and often possess firearms and other weapons at the premises where they conduct drug trafficking activities. Persons who traffic drugs online, often maintain at their residences, and other locations where they conduct drug trafficking activities, unsold or undistributed supplies of controlled substances and other drugs, drug paraphernalia including chemical diluents, weighing scales, mixing bowls, glassine bags, spoons, which are utilized in the weighing and packaging of controlled substances.

11.      I also know drug traffickers frequently use cell phones, laptop computers, desktop computers, tablets, and other electronic devices to communicate with co-conspirators. I also know drug dealers use those electronic devices to order narcotics and to make arraignments for those narcotics to be sent.

### III.    INVESTIGATION TO DATE

12.      The information contained in this affidavit is based on my involvement in this investigation, my training and experience, discussions with other investigators, and my review of affidavits and law enforcement reports.

*Subject Parcel 1*

13.      On October 6, 2022, United States Postal Inspection Service ("USPIS") identified a parcel ("Subject Parcel-1") addressed to J.V. at 1906 Kinney Avenue, Grand Rapids, MI 49534 (the "Kinney Residence"). Subject Parcel-1 had a return address of MADDEK PRINT CO LLC, 42 Henderson Road, Nelson, NH 03457. Investigators confirmed that this business does not exist. Investigators queried open-sources and law enforcement records and could not locate MADDEK PRINT CO LLC as a legitimate business. Moreover, the return address did not exist.

14.      On October 7, 2022, Michigan State Police conducted an examination of Subject Parcel-1 with a narcotics detection K-9, Yagr. Yagr alerted on Subject Parcel-1, which indicated controlled substances were likely inside of the Subject Parcel-1.

15.      On October 11, 2022, U.S. Magistrate Ray Kent in the Western District of Michigan issued a search warrant (1:22-MJ-435) for Subject Parcel-1. Investigators executed the search warrant and found seven gross grams of a brown substance that field tested positive for heroin.

16.      On October 12, 2022, Judge Peter Versluis, of the 59th District Court for Grandville, authorized a search warrant for the Kinney Residence.  Investigators executed the warrant the same day.

17.      Investigators contacted J.V. at the Kinney Residence. J.V. waived his *Miranda* rights and agreed to talk with law enforcement.   J.V. told investigators he ordered the heroin in Subject Parcel-1 on the dark web from DopekingUSA, a vendor on the AlphaBay Market. J.V. explained that he had previously ordered heroin from DopekingUSA for personal use. Based on his previous orders from DopekingUSA, he knew DopekingUSA's packages were mailed from New Hampshire.

18.     J.V. consented to a search of his AlphaBay account username and password. On October 7, 2022, J.V. asked DopekingUSA about the Subject Parcel-1 and its delivery status. The same day, DopekingUSA replied and stated, "no it actually says it was out for delivery and tried to deliver the following day and failed. look at tracking history".

19.     United States Postal Service ("USPS") records showed multiple internet protocol (IP) addresses tracking Subject Parcel-1.[1] One IP address, 74.75.91.202 (the "Keene IP Address"), had an associated geolocation in Keene, NH. The Keene IP Address tracked the Subject Parcel-1 several times beginning on October 7, 2022.

*Subject Parcels 2 and 3*

20.     On October 12, 2022, USPIS identified an additional parcel ("Subject Parcel-2") addressed to HUMPHRIES at 307 Norwood Avenue, Grand Rapids, MI 49506 ("the Norwood Residence"). Subject Parcel-2's sender was MADDEK PRINT CO LLC, which was the same sender on the Subject Parcel-1.

21.     On October 12, 2022, MSP conducted an examination of Subject Parcel-2 with a narcotics K-9, Yagr. Yagr alerted on the Subject Parcel-2, which meant controlled substances were likely inside Subject Parcel-2.

22.     On October 13, 2022, U.S.  Magistrate Ray Kent in the Western District of Michigan issued a search warrant (1:22-MJ-438) for Subject Parcel-2.  Investigators executed the

---

[1] IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet.  An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.  Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

search warrant and found 26 gross grams of a brown substance that field tested positive for heroin. Investigators found the heroin was in a cylindrical shape.

23.    On October 13, 2022, Kent County Judge Nicholas S. Ayoub, of the 61st District Court, authorized a search warrant for the Norwood Residence.  Investigators executed the search warrant on the Norwood Residence the same day.

24.    Investigators found a USPS priority mail express parcel ("Subject Parcel-3") in the Norwood Residence's mailbox. Investigators found Subject Parcel-3 was mailed from Keene, NH, like Subject Parcel-1 and Subject Parcel-2. Investigators opened Subject Parcel-3 and found 33 gross grams of a brown substance that field tested positive for heroin. The heroin was in the same cylinder shape as the heroin found in Subject Parcel-2. Investigators found a small quantity of a brown powder that field tested positive for heroin in the Norwood Residence inside of a baggie. Additionally, investigators found a scale and syringes.

25.    USPS records indicate that eight parcels were previously sent from New Hampshire and delivered to the Norwood Residence addressed to HUMPHRIES. The parcels shared similar characteristics with Subject Parcel-2 and Subject Parcel-3 in regard to size, mail class (USPS overnight delivery service), and weight.

*The Keene IP Address*

26.    USPS records indicate that the Keene IP Address that tracked Subject Parcel-2 also tracked Subject Parcel-3. Additionally, the Keene IP Address tracked other parcels delivered all over the United States.

27.    USPS records indicate that the Keene IP Address was associated with P.O. Box 360, West Swanzey, NH 03469.  The Keene IP Address tracked multiple parcels delivered to this P.O. box and addressed to Craig WARME.

28.    According to the New Hampshire Department of Motor Vehicles, law enforcement databases and USPS records, WARME is associated with a residence located at 41 Anthony Circle, West Swanzey, NH 03469 ("WARME's Residence).

29.    USPS records indicate that from on or about August 15, 2022, to on or about November 5, 2022, approximately 643 parcels were delivered across the United States, including the Western District of Michigan, from MADDEK PRINT CO LLC, based out of New Hampshire.

30.    The Keene IP Address was associated with Charter Communications ("Charter"), an internet service provider. On October 14, 2022, I served an administrative subpoena on Charter for subscriber information related to the Keene IP Address.

31.    Charter's return indicated that the subscriber for the Keene IP Address was Robin Hooper ("Hooper") at WARME's Residence. Hooper is WARME's mother. I am aware that darknet vendors regularly put cellular phone records and other accounts they are utilizing in the names of family members or close associates in an effort to elude law enforcement and distance themselves from criminal activity.

*DopeKingUSA Sales on the Dark Web*

32.    Investigators accessed the AlphaBay Market on the dark web several times. Investigators were able to find DopekingUSA as an active seller of a variety of controlled substances. DopekingUSA's profile indicated the following:

   a.    DopekingUSA joined the AlphaBay Market on June 15, 2022;

   b.    As of November 1, 2022, DopekingUSA had at least 1,033 verified sales of illegal narcotics;

c.      On October 18, 2022, DopekingUSA made a post on his vendor page on the AlphaBay market indicating that DopekingUSA will be receiving a shipment of high purity cut-free heroin from Southeast Asia, also known as the "golden triangle;"

d.      DopekingUSA offers USA to USA shipping for most of his drugs for sale; Based on my training and experience involving dark web drug investigations, I know USA to USA shipping means the drug dealer is located inside of the United States and he/she only ships drugs to customers located inside of the United States.

33.      As of October 18, 2022, DopekingUSA offered the following drugs for sale, titled as listed:

a.   Flash Sale High Grade Heroin 10 grams

b.   Flash Sale High Grade Heroin 5 grams

c.   China White Heroin 5 Grams

d.   China White Heroin 2 Grams

e.   China White Heroin 10 Grams

f.   5 Grams F2000 Purple Synthetic Deadly Potent

g.   1 Grams F2000 Purple Synthetic Deadly Potent

h.   10 Grams F2000 Purple Synthetic Deadly Potent

i.   High Grade Heroin 30 Grams

j.   Worldwide High-Grade Heroin 2 Gram Sample

k.   7 grams Fire Uncut Tony Montana Cocaine

l.   High Grade Heroin 50g End of Summer Sale

m.  K56 Oxycodone 10MG Immediate-Release Straight from the pharmacy

n.   100 Gram High Grade Heroin

    o.  5 Grams F6000 Purple Synthetic Deadly Potent

    p.  Virigil62 Custom Listing 94% Uncut Fent Free Pure Heroin

    q.  10 Grams F6000 Purple Synthetic Dead Potent Limited Supply

    r.  1 Oz Fire Uncut Tony Montana Cocaine

    s.  2 Grams F6000 Purple Synthetic Deadly Potent

    t.  High grade Heroin 250 Grams

    u.  High Grade Heroin 500 Grams

34.    The drug listings indicate that the origin country of the shipment is the United States and that they ship to the United States. The one drug listing for "Worldwide High-Grade heroin 2 Gram Sample" states that it will ship worldwide, not just the United States. The "quantity left" for all the drug listings on October 18, 2022 was labeled as "unlimited," except for the following listings:

    a.  1 Oz Fire Uncut Tony Montana Cocaine: 36 left

    b.  3,5 Grans Fire Uncut Tony Montana Cocaine: 26 left

    c.  K56 Oxycodone 10 MG Immediate-Release Straight from Pharmacy: 58 left.

*Controlled Buys*

35.    On October 28, 2022, Investigators, acting in an undercover capacity, placed an order ("UC BUY-1") from DopekingUSA on the AlphaBay Market, using an undercover darknet account. Investigators ordered 10 grams of heroin listed as "CHINA WHITE HEROIN 10 GRAMS," for $375 from DopekingUSA while on the DopekingUSA vendor page. Investigators used official funds which were converted to Monero, a form of cryptocurrency, to pay for the heroin. Investigators selected priority mail express and provided a destination address in Jenison, Michigan.

36.    On November 2, 2022, investigators intercepted UC BUY-1 at a USPS processing plant in Grand Rapids, Michigan. The sender address was MADDEK PRINT CO LLC, consistent with the previously seized parcels. The parcel contained $9.07 \pm 0.05$ grams of a white powdery substance that, per laboratory testimony, contained fentanyl, 4-ANPP, xylazine and lactose in the form of a cylinder. Investigators also found $3.94 \pm 0.05$ grams of a brown powdery substance that, per laboratory testing, contained fentanyl, 4-ANPP, xylazine, caffeine and lactose, also in the form of a cylinder.

37.    On November 1, 2022, investigators, acting in an undercover capacity, placed a second order ("UC BUY-2") from DopekingUSA. Investigators ordered 10 grams of heroin, listed as "CHINA WHITE HEROIN 10 GRAMS," for $375. Investigators again utilized official funds in the form of Monero to pay for the heroin.  Investigators selected priority mail express and provided a destination address in Rockford, Michigan.

38.    On November 2, 2022, investigators conducted surveillance on WARME. During the surveillance, investigators observed WARME exiting WARME's Residence with reusable shopping bags. WARME placed the reusable shopping bags into the front passenger seat floorboard of a 2006 Subaru Impreza, registered to WARME. WARME then walked inside WARME's Residence.

39.    Investigators later observed a Honda Accord pull into the residence of WARME's Residence. Moments later, WARME exited WARME's Residence, walked to the 2006 Subaru Impreza and retrieved the reusable shopping bags out of the front passenger floorboard. WARME entered a Honda Accord (the "Accord") as the front passenger. According to the New Hampshire Department of Motor Vehicles, the Accord is registered to Yvonne Ball. Investigators identified the driver of the Accord to be Keegan BALL.

40.     Investigators followed the Accord as it directly traveled to the United States Post Office at 196 Main Street, Keene, NH 03431 (the "Keene Post Office"). Investigators observed WARME exit the Accord with the same reusable shopping bags seen earlier and enter the Keene Post Office. Inside, investigators observed WARME pull out multiple priority express shipping envelopes from the reusable shopping bags. WARME processed the priority express envelopes over the counter with a postal employee. WARME exited the Keene Post Office and re-entered the Accord.

41.     On November 3, 2022, investigators intercepted the package associated with UC BUY-2 at a USPS facility in Rockford, Michigan. The package had the return address listed as MADDEK PRINT CO LLC. Investigators opened UC BUY-2 and found it contained $9.83 \pm 0.05$ grams of a white powdery substance that, per laboratory testing, contained fentanyl, 4-ANPP, xylazine and lactose in the form of a cylinder. Investigators also found $3.60 \pm 0.05$ grams of a brown powdery substance that, per laboratory testing, container fentanyl, 4-anilinophenethylpiperidine (4-ANPP), xylazine, caffeine and lactose in the form of a cylinder. USPS records indicate that UC BUY-2 was processed out of the Keene Post Office on November 2, 2022, at the same time WARME was seen in the Keene Post Office under surveillance.

42.     On November 9, 2022, investigators, acting in an undercover capacity, placed a third order ("UC BUY-3") from DopekingUSA. Investigators ordered 30 grams of heroin, listed as "CHINA WHITE HEROIN 10 GRAMS," for $1,050. Investigators again utilized official funds in the form of Monero to pay for the heroin.  Investigators selected priority mail express and provided a destination address in Rockford, Michigan.

43.     On November 10, 2022, investigators conducted surveillance of WARME at WARME's Residence. Investigators saw the Accord arrive at WARME's Residence and WARME

placed a bag into the back seat of the Accord. WARME entered the front passenger seat of the Accord. Investigators followed the Accord to the Keene Post Office. WARME entered the Keene Post Office holding the bag and approached a USPS employee. Investigators saw WARME exit the post office and re-enter the Accord. The driver of the Accord was BALL.

44.     On November 11, 2022, investigators intercepted UC BUY-3 at a USPS processing plant in Grand Rapids, Michigan. Investigators opened UC BUY-3 and found 31 gross grams of a white powdery substance in the form of three cylinders. Because UC BUY-1 and UC BUY-2 tested positive for fentanyl, investigators did not conduct a field test of UC BUY-3, but sent it for laboratory testing.  USPS records show UC BUY-3 was mailed from the Keene Post Office at the same time WARME was there under surveillance on November 10, 2022.

45.     Since on or about September 16, 2022, to November 5, 2022, approximately 643 parcels have been mailed bearing the MADDEK PRINT CO LLC return address.

## IV.    CONCLUSION

46.     Based on the facts described above, I believe that there is probable cause to believe that WARME has violated Title 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute controlled substances) and Title 21, United States Code, Section 841(a)(1) (distribution of fentanyl).